JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AURELIANO GALVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA; THE AMERICAN AUTOMOBILE ASSOCIATION, INC.; AUTO CLUB SERVICES, LLC and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:16-cv-00887-DOC-KES<br>Hon. David O. Carter<br>**JUDGMENT** |

1    Judgment is hereby entered in favor of Defendants Automobile Club of
2    Southern California, The American Automobile Association, Inc. and Auto Club
3    Services, LLC (collectively, "Defendants") and against Plaintiff Aureliano Galvez
4    ("Plaintiff"), pursuant to the Court's order dated May 5, 2017.
5        Defendants, as the prevailing parties, may file a motion for attorneys' fees
6    and/or costs incurred herein within 30 days after the entry of judgment.

**IT IS SO ORDERED.**

DATED: __May 15__, 2017

*/s/ David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

SMRH:482853672.1                                    JUDGMENT