FILED

JAN 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AURELIANO GALVEZ, | No. 17-55788 |
| Plaintiff-Appellant, | D.C. No. 8:16-cv-00887-DOC-KES<br>Central District of California,<br>Santa Ana |
| v. | |
| AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA; THE AMERICAN AUTOMOBILE ASSOCIATION, INC.; AUTO CLUB SERVICES, LLC; DOES, 1-10, inclusive, | ORDER |
| Defendants-Appellees. | |

Before: PAEZ, PARKER,[*] and CLIFTON, Circuit Judges.

Appellant's Petition for Reconsideration; Request for Panel Rehearing (Docket Entry No. 38) is DENIED.

---

[*] The Honorable Barrington D. Parker, United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.